UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY BENNETT TURNER, JR.,
    Plaintiff,

vs.                                        Case No.: 3:19cv1547/RV/EMT

BOARD OF COUNTY COMMISSIONERS
OF AND FOR OKALOOSA COUNTY, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on February 4, 2021 (ECF No. 20). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with orders of the court.

3. The clerk of court is directed to close this file.

**DONE AND ORDERED** this 11th day of March 2021.


/s/*Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**